___FILED ___ENTERED
___LODGED ___RECEIVED

SEP 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

12-CV-00726-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS LUNA-VASQUEZ,<br><br>        Petitioner,<br><br>v.<br><br>NATHALIE ASHER,<br><br>        Respondent. | Case No. C12-726<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's habeas petition (Dkt. No. 1) is DENIED, respondent's motion to dismiss (Dkt. No. 12) is GRANTED, and this action is DISMISSED with prejudice.

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 21ST day of Sept., 2012.

                                                                    /s/ James L. Robart
                                                      _____
                                                      JAMES L. ROBART
                                                      United States District Judge

ORDER OF DISMISSAL - 1