12-CV-00726-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LUIS LUNA-VASQUEZ,

    Petitioner,

v.

NATHALIE ASHER,

    Respondent.

Case No. C12-726

ORDER OF DISMISSAL

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's habeas petition (Dkt. No. 1) is DENIED, respondent's motion to dismiss (Dkt. No. 12) is GRANTED, and this action is DISMISSED with prejudice.

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 21st day of Sept., 2012.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1